UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

CYMELIAN CHE LUM #A245-921-760            CASE NO.  3:26-CV-00924 SEC P

VERSUS                                    JUDGE ROBERT R. SUMMERHAYS

U.S. IMMIGRATION & CUSTOMS                MAG. JUDGE KAYLA D. MCCLUSKY
ENFORCEMENT

RULING

Before the Court are Petitioner Cymelian Che Lum's Objections to the Magistrate Judge's Report and Recommendation ("R&R"). [ECF No. 9] For the reasons that follow, the Objections are OVERRULED.

According to Petitioner, the United States District Court for the Central District of California has "issu[ed] a ruling that [Petitioner] was unlawfully detained and may seek release on bond or conditional parole under 8 U.S.C. §1226(a)," referencing *Bautista v. Santacruz*, 813 F.Supp.3d 1084, 1096 (C.D. Cal. 2025).[1] In support, Petitioner attaches a "Class Action Notice," which advises Petitioner she "*may* be a member of a class that has been certified by the United States District Court for the Central District of California. . . ."[2] That document is insufficient to show a court has issued a judgment finding Petitioner "was unlawfully detained and may seek release on bond or conditional parole under 8 U.S.C. §1226(a)," or even that Petitioner *is* a member of any class seeking such a judgment. Further, the Bautista order is currently on appeal in the Ninth Circuit, which recently "temporarily stayed" the judgment "insofar as [it] extends beyond the Central District of California."[3] Thus, the Order issued by the Central District of California has no

---

[1] ECF No. 9 at 2.
[2] ECF No. 9-1 at 2 (emphasis added).
[3] *See Bautista v Department of Homeland Security*, 26-1044 (9th Cir), Dkt 5.

preclusive effect. The Court finds Petitioner's remaining objections are adequately addressed in the R&R.

THUS DONE in Chambers on this _____8th_____ day of May, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE