**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

CYMELIAN CHE LUM #A245-921-760          CASE NO.  3:26-CV-00924 SEC P

VERSUS                                                          JUDGE ROBERT R. SUMMERHAYS

U.S. IMMIGRATION & CUSTOMS               MAG. JUDGE KAYLA D. MCCLUSKY
ENFORCEMENT

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS HEREBY ORDERED that Petitioner Cymelian Che Lum's *Zadvydas* and due process claims are **DISMISSED WITHOUT PREJUDICE** to her right to re-file the claims should her confinement become unconstitutional.

IT IS FURTHER ORDERED that Petitioner's claims concerning her conditions of confinement and medical care are **DISMISSED WITH PREJUDICE** here but **WITHOUT PREJUDICE** to her right to raise the claims in a separate civil rights action.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's claim of unlawful arrest is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

THUS DONE in Chambers on this _____8th_____ day of May, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE